**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **WALTER MENDEZ SERNA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN DELANEY HALL DETENTION CENTER, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-7850 (SDW)**<br><br>**ORDER TO ANSWER** |

This matter comes before this Court upon Petitioner Walter Marcel Mendez Serna's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 3) ("Amended Petition") and motion for a temporary restraining order ("Motion") (ECF No. 4). This Court has reviewed the Amended Petition for dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, and determined that dismissal without an answer and production of the record is not warranted.

**IT IS THEREFORE** on this 29th day of June 2026,

**ORDERED** that Clerk shall forward a copy of the Amended Petition (ECF No. 3), the Motion (ECF No. 4), and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that Respondents shall file a full and complete answer to all claims asserted in the petition within **5 days** of the entry of this Order; and it is further

**ORDERED** that Petitioner may file a reply to the answer within **7 days** of receipt of the answer; and it is further

**ORDERED** that Respondents are **PROHIBITED** from transferring Petitioner outside of the District of New Jersey pending further order of this Court; and it is finally

**ORDERED** that the Clerk shall send Petitioner a copy of this Order by regular mail.

Hon. Susan D. Wigenton,
United States District Judge